**Order entered September 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00982-CV

### WILLIAM D. SHEETZ, Appellant

### V.

### YOLANDA SLAUGHTER, Appellee

### On Appeal from the County Court at Law No. 1
### Dallas County, Texas
### Trial Court Cause No. 08-10401-A

## ORDER

Before the Court is the August 26, 2014 motion of Cathye Moreno, Official Court Reporter for County Court at Law No. 1 of Dallas County, Texas, for an extension of time to file the reporter's record. Ms. Moreno has informed the Court that she is waiting on payment. We **GRANT** the motion **TO THE EXTENT** that Ms. Moreno file, on or before **SEPTEMBER 18, 2014**, either: (1) the reporter's record; or (2) written verification that appellant has not paid for the record. We **CAUTION** appellant that if the Court receives written verification of no payment, the Court will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

        /s/    ADA BROWN
              JUSTICE